# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3691

_____

ERIC C. MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Gilchrist County.
James M. Colaw, Judge.

November 15, 2023


PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric C. Martinez, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.